**MEMO ENDORSED**

# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, New Jersey 07079
973-324-2711

July 8, 2020

Judge Nelson Roman
United States District Court Judge
United States District for the
Southern District of New York
300 Quarropas Street -
White Plains, New York 10601

> Defts' request is granted. The briefing schedule is extended as follows: Govt's response papers shall be filed Aug. 25, 2020; and Deft's reply papers shall be filed Sept. 9, 2020. Clerk of the Court requested to terminate the motion (doc. 103).
> Dated: July 9, 2020
>
> SO ORDERED.
>
> _____
> Nelson S. Román, U.S.D.J.

Re:     United States v. Sims ( Isaac Mallory)
        19 cr 857 -03

Dear Judge Roman:

I am the attorney for Isaac Mallory, a defendant in the above captioned case. I write in reference to my representation on Mr. Mallory. I filed my pre-trial motions in this case late yesterday evening. When I referred to the Docket sheet after I filed the motion, I realized that I had not been receiving ECF communications regarding this case, as I do in all other cases to which I have been assigned. I also realized that the docket entry setting an adjusted motion schedule set July 2, 2020 as the date for defendants to file motion. I had been under the mistaken belief that those motions were due on July 7, 2020.

I now, by way of this letter request permission to file the aforesaid motions out of time. In practicality, I am asking the court to accept the motions I have already filed. The case is not set to be heard again until September. Counsel of a co-defendant has requested and has received and extension to file his motions, which now are due on July 17, 2020. If the court accedes to my request, this case will not be delayed in any way. I also consent to permitting the Government until August 25, 2020 to answer the motion.

Early today I sent a message to AUSA Logarajah in an attempt to obtain his consent to this application. I have not yet heard back from AUSA Logarajah.

Respectfully submitted,

Patrick J. Joyce

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2020