**MEMO ENDORSED**

# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

August 5, 2020

Honorable Nelson S. Roman
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Isaac Mallory
      19-Cr. 857(NSR) -03

Dear Judge Ramos,

   I have been assigned to represent Mr. Isaac Mallory pursuant to the CJA Act. Mr. Mallory has requested that I write the court and request a substitution of counsel.
   I request that the court set a hearing at its earliest convenience, either, telephonically, virtually, or in person so that the concerns of Mr. Mallory may be addressed directly to the court.

Respectfully submitted,

Patrick Joyce

---

**Endorsement:**

Application granted. The Court will issue an Order substituting CJA counsel. Clerk of the Court requested to terminate the motion (doc. 114).

Dated: Sept. 6, 2020    SO ORDERED.

Nelson S. Román, U.S.D.J.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2020