UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x

UNITED STATES OF AMERICA

        -against-

ISAAC MALLORY,

                Defendant.
----------------------------------------------x

**ORDER**

19 Cr.857-03 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case ____Patrick Joyce____ is hereby ordered substituted
                                                          Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

____John Wallenstein____.
    Attorney's Name

Outgoing counsel is directed to turn over his file to newly appointed counsel as soon as possible.

                                                          SO ORDERED.

                                                          NELSON S. ROMÁN,
                                                          UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
          Sept. 6, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2020