UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

ISAAC MALLORY,

               Defendant.

---------------------------------------------------------x

**ORDER**

19 Cr. 857-03 (NSR)

**ROMÁN, D.J.:**

The C.J.A. attorney assigned to this case   John S. Wallenstein   is hereby ordered substituted
                                                     Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

    Jesse M. Siegel                                     .
          Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
            September 10, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/10/2021