UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | S3 19 CR 857-03 (NSR) |
| ISAAC MALLORY, | RESCHEDULING ORDER |
| Defendant. | |

NELSON S. ROMÁN, United States District Judge:

Due to an administrative scheduling error, the in-person Sentencing scheduled for July 29, 2022 is hereby

ORDERED **rescheduled, with the parties' consent, until September 16, 2022 at 9:45 am.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.  To access the teleconference, please follow these directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access Code: 1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest.

SO ORDERED.

Dated: July 14, 2022
White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2022