UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

USA

       - against -

ISAAC MALLORY,

                    Defendant.

---------------------------------------------------------X

19 Cr. 00857-03 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated April 27, 2022, is approved and accepted.

Dated: White Plains, NY
         September 14, 2022

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2022