Court Ex. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
:
UNITED STATES OF AMERICA,
:     CONSENT PRELIMINARY ORDER
- v. -                           OF FORFEITURE/
:     MONEY JUDGMENT
ISAAC MALLORY,
:     S3 19 Cr. 857 (NSR) -03
Defendant.
:
----------------------------------- x

        WHEREAS, on or about April 27, 2022, ISAAC MALLORY (the "Defendant") was charged in a one-count Superseding Information S3 19 Cr. 857 (NSR) (the "Information") with narcotics conspiracy, in violation of Title 21, United States Code, Section 841(b)(1)(B) and 846 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Information, and any and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

        WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $8,500 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Information; and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2022

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Jim Ligtenberg and Shiva Logarajah, of counsel, and the Defendant, and his counsel, Jesse Siegel, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $8,500 in United States currency (the "Money Judgment") representing the amount of proceeds traceable to the offense charged in Count One of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ISAAC MALLORY, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.   Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.   The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.   The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/                                                       September 15, 2022
        Jim Ligtenberg / Shiva Logarajah            DATE
        Assistant United States Attorneys
        300 Quarropas Street
        White Plains, NY 10601
        (914) 993-1918

By:    [signature]                                         9/16/22
        ISAAC MALLORY                          DATE

By:    [signature]                                         9/16/22
        JESSE SIEGEL, ESQ.                    DATE
        Attorney for Defendant

SO ORDERED:

[signature]                                               9/16/22
HONORABLE NELSON S. ROMÁN       DATE
UNITED STATES DISTRICT JUDGE